NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re SANOFI-AVENTIS SECURITIES LITIGATION          Docket No.: 14-542

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Joseph Darrell Palmer

Firm: Law Offices of Joseph Darrell Palmer

Address: 2244 Faraday Avenue, Suite 121, Carlsbad, CA 92008

Telephone: (858) 215-4064        Fax: (866) 583-8115

E-mail: darrell.palmer@palmerlegalteam.com

Appearance for: Appellant Jeffrey M. Brown
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Forrest S. Turkish )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Joseph Darrell Palmer

Type or Print Name: Joseph Darrell Palmer