# LAW OFFICE OF DARRELL PALMER PC

2244 FARADAY AVENUE SUITE 121 ♦ CARLSBAD ♦ CALIFORNIA 92008
VOICE 858.215.4064 ♦ FAX 866-583-8115
darrell.palmer@palmerlegalteam.com
Licensed to practice law in California, Arizona & Colorado

_____

February 27, 2014

Filed Electronically

Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    Appeal of Jeffrey M. Brown
             Case No. 14-542

Dear Clerk of the Court:

    In regards to the substitution of counsel filed on today's date, Mr. Forrest S. Turkish, counsel of record in the New York Southern District Court matter, is fully aware and consents to the full substitution of Joseph Darrell Palmer as counsel in the Second Circuit Appellate Court matter.

    Please do not hesitate to call or email should you have any questions or concerns regarding this matter.

                                        Sincerely,

                                        /s/ Joseph Darrell Palmer
                                        Joseph Darrell Palmer

DP/mvc
cc: Forrest S. Turkish